# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2460

_____

United States of America,        \*

          \*

        Appellee,        \*

          \*   Appeal from the United States

    v.          \*   District Court for the District

          \*   of South Dakota.

Alan Ray Rick, also known as David    \*

Allen Feakes, also known as George    \*     [UNPUBLISHED]

Braun,        \*

          \*

        Appellant.     \*

_____

Submitted:  October 31, 2002

Filed:  November 5, 2002

_____

Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

After Alan Ray Rick admitted to violating his supervised release, the district court revoked supervised release, sentenced Rick to twelve months imprisonment and forty-six months supervised release, and added an additional supervised release condition. Judgment was entered on May 17, 2002, and on May 31, Rick filed a notice of appeal designating this judgment. On appeal, Rick challenges only the district court's imposition of the additional condition of supervised release.

Rick's May 31 notice of appeal was filed more than ten days, but fewer than forty days, after the May 17 entry of judgment.  <u>See</u> Fed. R. App. P. 4(b)(1), 26(a); <u>United States v. Austin</u>, 217 F.3d 595, 597 (8th Cir. 2000) (timely notice of appeal is mandatory and jurisdictional, and issue is raised sua sponte even if parties concede jurisdiction).  We therefore remand to the district court for a finding on whether the notice of appeal should be deemed timely based on excusable neglect or good cause. <u>See</u> Fed. R. App. P. 4(b)(4).

Accordingly, we remand to the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.